1  DOWNEY BRAND LLP
   KEVIN M. SEIBERT (Bar No. 119356)
2  THOMAS E. MARRS (Bar No. 252485)
   621 Capitol Mall, 18th Floor
3  Sacramento, CA  95814
   Telephone:     (916) 444-1000
4  Facsimile:     (916) 444-2100
   kseibert@downeybrand.com
5  tmarrs@downeybrand.com

6  Attorneys for Plaintiff
   TRI-DAM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| TRI-DAM, | Case No. 1:11-cv-01512-AWI-SMS |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING NON-EXPERT DISCOVERY AND NON-DISPOSITIVE MOTION FILING DEADLINES** |
| v. | |
| AARON MATITYAHU and NADINE MATITYAHU, | **(Doc. 17)** |
| Defendants. | |

Plaintiff TRI-DAM ("Plaintiff") and defendants AARON MATITYAHU and NADINE MATITYAHU ("Defendants"), through their respective counsel, hereby submit the following Stipulation and Proposed Order Continuing the Non-Expert Discovery and Non-Dispositive Pre-Trial Motions Deadlines.

**RECITALS**

1. This action commenced on September 6, 2011, and the Court held a scheduling conference on December 15, 2011.

2. On December 19, 2011, this Court entered its Scheduling Order providing, among other things, for an August 3, 2012 deadline to complete non-expert discovery, and a September 21, 2012 deadline to file non-dispositive pre-trial motions, including any discovery motions.

//

3.      On December 21, 2011, this case was reassigned to U.S. District Judge Anthony W. Ishii and U.S. Magistrate Judge Sandra M. Snyder.

4.      The parties have exchanged written discovery but have not yet taken any depositions.

5.      After meeting and conferring on a mutually agreeable date, Plaintiff's counsel noticed the Defendants' depositions for July 13, 2012.  Defendants' counsel subsequently informed Plaintiff's counsel that his clients were not available for deposition on July 13, 2012, due to a pre-planned vacation.  Defendants' counsel also informed Plaintiff's counsel that he planned to take Plaintiff's deposition.  However, given the calendar conflicts of the parties and their counsel, including the fact that Defendants are currently on vacation out of town, scheduling all of the parties' depositions prior to the August 3, 2012 non-expert discovery deadline is no longer feasible.

6.      The parties have not filed any motions with the Court in this action.  However, in the event a discovery motion is necessary, the deadline to file non-dispositive pre-trial motions, including discovery motions, should be continued until after the deadline to conduct non-expert discovery.

7.      The parties have not sought or obtained any prior extensions of time in this case.

8.      The parties are currently meeting and conferring on new dates for the Defendants' depositions.  However, motions to compel depositions will likely be required in the event the deadline to complete non-expert discovery is not continued.

9.      Accordingly, the parties believe good cause exists for a continuance of the current August 3, 2012 deadline to conduct non-expert discovery to October 5, 2012, and also for a continuance of the corresponding September 21, 2012 deadline to file non-dispositive pre-trial motions, including any discovery motions, to October 19, 2012.

////

///

//

/

**STIPULATION**

Based on the foregoing recitals, the parties hereby STIPULATE that:

1. The deadline to complete non-expert discovery is continued from August 3, 2012 to October 5, 2012.

2. The deadline to file non-dispositive pre-trial motions, including any discovery motions, is continued from September 21, 2012 to October 19, 2012.

3. This continuance of the deadlines to conduct non-expert discovery and file non-dispositive pre-trial motions, including any discovery motions, will not affect any other deadlines in this action.

4. All remaining dates and deadlines as set by the Court in its December 19, 2011 Scheduling Order are otherwise unaffected by this Stipulation and Proposed Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 11, 2012

DOWNEY BRAND LLP

By: *\/s/ Thomas E. Marrs*
THOMAS E. MARRS
Attorney for Plaintiff
TRI-DAM

DATED: July 11, 2012

LAW OFFICE OF KENNETH M. FOLEY

By: */s/ Kenneth M. Foley (as authorized on 7/11/12)*
KENNETH M. FOLEY
Attorney for Defendants AARON MATITYAHU
and NADINE MATITYAHU

**ORDER**

This matter came before the Court on the parties' Stipulation and Proposed Order Continuing the Non-Expert Discovery and Non-Dispositive Pre-Trial Motions Deadlines. For the reasons stated in the Stipulation and for good cause showing, the Court ADOPTS the Stipulation and GRANTS the relief requested therein.

Accordingly, IT IS HEREBY ORDERED that the non-expert discovery deadline is CONTINUED from August 3, 2012 to **October 5, 2012**, and the non-dispositive motion filing deadline is CONTINUED from September 21, 2012 to **October 19, 2012**. All remaining deadline dates set by the Court's December 19, 2011 Scheduling Order (Doc. 13) remain in full force and effect and are otherwise unaffected by this Order.

IT IS SO ORDERED.

Dated: **July 17, 2012**          **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE