DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
THOMAS E. MARRS (Bar No. 252485)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814
Telephone:      (916) 444-1000
Facsimile:       (916) 444-2100
kseibert@downeybrand.com
tmarrs@downeybrand.com

Attorneys for Plaintiff
TRI-DAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TRI-DAM,<br><br>           Plaintiff,<br><br>     v.<br><br>AARON MATITYAHU and NADINE MATITYAHU,<br><br>           Defendants. | Case No.  1:11-CV-01512-AWI-SMS<br><br>**STIPULATION AND  ORDER REGARDING PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure ("Rule") 15(a)(2), Plaintiff TRI-DAM ("Plaintiff") and Defendants AARON MATITYAHU and NADINE MATITYAHU ("Defendants"), by and through their respective counsel of record, hereby submit the following Stipulation and Proposed Order Regarding Plaintiff's Second Amended Complaint.

**<u>RECITALS</u>**

1.     This action commenced on September 6, 2011, and on November 14, 2011, Plaintiff filed its First Amended Complaint against Defendants, which is the operative pleading.

2.     The First Amended Complaint seeks a permanent injunction against Defendants related to shoreline improvements on real property they own in Calaveras County ("Subject

1  Property").

2      3.     The Court held a scheduling conference on December 15, 2011, and entered its Scheduling Order on December 19, 2011, providing, among other things, for a March 5, 2013 trial date. The Court's Scheduling Order does not provide a deadline to amend pleadings.

    4.     On December 21, 2011, this case was reassigned to U.S. District Judge Anthony W. Ishii and U.S. Magistrate Judge Sandra M. Snyder.

    5.     On July 18, 2012, based on the parties' stipulation, the Court modified the Scheduling Order to continue the non-expert discovery deadline to October 5, 2012, and the non-dispositive motion filing deadline to October 19, 2012.

    6.     On August 8, 2012, Plaintiff deposed Defendants, who testified that their son, Eldad Matityahu ("Eldad"), and daughter-in-law, Charlotte Matityahu ("Charlotte"), are co-owners of the Subject Property. Plaintiff first learned of Eldad and Charlotte's ownership of the Subject Property at the August 8, 2012, deposition and thereafter diligently requested leave to amend. Defendants do not oppose Plaintiff's request for leave to amend the First Amended Complaint.

    7.     The parties have not sought any prior requests for leave to file an amended pleading with the Court.

    8.     Accordingly, with the consent of all parties, Plaintiff hereby seeks leave to file an amended complaint that names Eldad and Charlotte as defendants. Pursuant to Rule 15(a)(2), and so that all owners of the Subject Property can be joined, the parties believe good cause exists for the Court to grant Plaintiff leave to file a Second Amended Complaint.

    9.     Once Eldad and Charlotte have appeared in the action, the parties request a scheduling conference with the Court to discuss the need to modify or vacate the current scheduling deadlines.

## STIPULATION

Based on the foregoing recitals, the parties hereby STIPULATE that:

    1.     Plaintiff may file the Second Amended Complaint, a copy of which is attached hereto as **Exhibit 1**.

2. Plaintiff's Second Amended Complaint will be deemed filed and served on Defendants as of the date this Stipulation and Order is entered.

3. It is further stipulated that all denials, responses and affirmative defenses contained in Defendants' Answer to the First Amended Complaint, filed on December 30, 2011, shall be deemed responsive to the Second Amended Complaint.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 27, 2012              DOWNEY BRAND LLP


                                    By:      */s/ Thomas E. Marrs*
                                             THOMAS E. MARRS
                                             Attorney for Plaintiff
                                             TRI-DAM

DATED: August 26, 2012

                                    By:   */s/ Kenneth Foley (as authorized on 8/26/12)*
                                             KENNETH FOLEY
                                             Attorney for Defendants
                                             AARON MATITYAHU and NADINE
                                             MATITYAHU

1 **ORDER**

2 This matter came before the Court on the parties' Stipulation and Proposed Order
3 Regarding Plaintiff's Second Amended Complaint.  Pursuant to the parties' stipulation, and for
4 good cause shown, the Court ADOPTS the Stipulation and GRANTS the relief requested therein.
5 Accordingly, IT IS HEREBY ORDERED THAT, within 5 court days of entry of this
6 order, Plaintiff may file the Second Amended Complaint attached hereto as **Exhibit 1**.
7 Plaintiff's Second Amended Complaint is deemed filed and served on Defendants as of the date
8 of this Order.  All denials, responses and affirmative defenses contained in Defendants' Answer
9 to the First Amended Complaint, filed on December 30, 2011, are hereby deemed responsive to
10 the Second Amended Complaint.  A further scheduling conference with all parties is set for
11 October 2, 2012, at 9:30 a.m. in Courtroom 1 of the above-entitled Court.  A joint status report
12 shall be filed 7 days prior to the hearing.
13 IT IS SO ORDERED.

19 IT IS SO ORDERED.

20   Dated:   **August 30, 2012**                              **/s/ Sandra M. Snyder**
21                                                                          UNITED STATES MAGISTRATE JUDGE