DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
THOMAS E. MARRS (Bar No. 252485)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814
Telephone:   (916) 444-1000
Facsimile:    (916) 444-2100
kseibert@downeybrand.com
tmarrs@downeybrand.com

Attorneys for Plaintiff
TRI-DAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TRI-DAM,<br><br>             Plaintiff,<br><br>       v.<br><br>AARON MATITYAHU, NADINE MATITYAHU, ELDAD MATITYAHU and CHARLOTTE MATITYAHU,<br><br>             Defendants. | Case No.  1:11-CV-01512-AWI-SMS<br><br>**STIPULATION AND ORDER REGARDING THE DISPOSITIVE PRE-TRIAL MOTION FILING DEADLINE** |

Plaintiff Tri-Dam ("Tri-Dam") and defendants Aaron Matityahu ("Aaron") and Nadine Matityahu ("Nadine"), by and through their respective counsel of record, hereby submit the following Stipulation and Proposed Order Regarding the Dispositive Pre-Trial Motion Filing Deadline.

**RECITALS**

1.   This action commenced on September 6, 2011.  On August 30, 2012, Plaintiff filed its Second Amended Complaint, which is the operative pleading.

2.   The Second Amended Complaint seeks a permanent injunction against defendants related to shoreline improvements on real property they own in Calaveras County ("Subject

1

Property").

3. The Court held a scheduling conference on December 15, 2011, and entered its Scheduling Order on December 19, 2011, providing, among other things, for a March 5, 2013 bench trial and a November 2, 2012 deadline to file dispositive pre-trial motions.

4. On December 21, 2011, this case was reassigned to U.S. District Judge Anthony W. Ishii and U.S. Magistrate Judge Sandra M. Snyder.

5. On July 18, 2012, based on the parties' stipulation, the Court continued the non-expert discovery and the non-dispositive motion filing deadlines.

6. On August 30, 2012, based on the parties' stipulation, the Court permitted Tri-Dam to file a Second Amended Complaint adding Eldad Matityahu ("Eldad") and Charlotte Matityahu ("Charlotte") as defendants. In addition, the Court set a further scheduling conference with all parties for October 2, 2012, and, at the request of Tri-Dam, Aaron and Nadine, on September 25, 2012, the Court continued that further scheduling conference to November 6, 2012, because Eldad and Charlotte had not yet responded to the Second Amended Complaint or otherwise appeared in the action. As of the date of this stipulation, Eldad and Charlotte have been served but have not yet responded to the Second Amended Complaint.

7. The current November 2, 2012 deadline to file dispositive pre-trial motions is scheduled before the November 6, 2012 further scheduling conference, where it is anticipated that the Court will vacate the Scheduling Order and set new deadlines based on the addition of new defendants Eldad and Charlotte. If the dispositive pre-trial motion filing deadline is not continued until after the further scheduling conference, the parties may be required to file dispositive motions before all parties have appeared in the action or without the benefit of discovery from all parties. A continuance of the deadline to file dispositive pre-trial motions until after the further scheduling conference will further the interests of judicial efficiency.

8. Accordingly, Tri-Dam, Aaron and Nadine believe good cause exists for a continuance of the current November 2, 2012 dispositive pre-trial motion filing deadline to November 30, 2012.

///

# **STIPULATION**

Based on the foregoing recitals, Tri-Dam, Aaron and Nadine hereby STIPULATE that:

1. The deadline to file dispositive pre-trial motions is continued from November 2, 2012 to November 30, 2012.

2. This continuance of the deadline to file dispositive pre-trial motions will not affect any other deadlines in this action.

3. All remaining dates and deadlines as set by the Court in its December 19, 2011 Scheduling Order, as modified in the Court's July 18, 2012 order, are otherwise unaffected by this Stipulation and Proposed Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 23, 2012            DOWNEY BRAND LLP


By:      */s/ Thomas E. Marrs*
         THOMAS E. MARRS
         Attorney for Plaintiff
         TRI-DAM

DATED: October 23, 2012

By:  */s/ Kenneth Foley (as authorized on 10/23/12)*
     KENNETH FOLEY
     Attorney for Defendants
     AARON MATITYAHU and NADINE MATITYAHU

**ORDER**

This matter came before the Court on the Stipulation and Proposed Order Regarding the Dispositive Pre-Trial Motion Filing Deadline.  For the reasons stated in the Stipulation and for good cause showing, the Court ADOPTS the Stipulation and GRANTS the relief requested therein.

Accordingly, IT IS HEREBY ORDERED THAT the deadline to file dispositive pre-trial motions is now November 30, 2012.  All remaining dates and deadlines as set by the Court's December 19, 2011 Scheduling Order, as modified by the Court's July 18, 2012 order, remain as set and are otherwise unaffected by this Order.

IT IS SO ORDERED.

Dated:   October 25, 2012                          _____
                                                   CHIEF UNITED STATES DISTRICT JUDGE