DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
THOMAS E. MARRS (Bar No. 252485)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814
Telephone:  (916) 444-1000
Facsimile:  (916) 444-2100
kseibert@downeybrand.com
tmarrs@downeybrand.com

Attorneys for Plaintiff
TRI-DAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TRI-DAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AARON MATITYAHU, NADINE MATITYAHU, ELDAD MATITYAHU and CHARLOTTE MATITYAHU,<br><br>　　　　　Defendants. | Case No.  1:11-CV-01512-AWI-SMS<br><br>**STIPULATION AND ORDER REGARDING THE DEADLINE TO FILE NOTICE OF DISMISSAL** |

　　　　Plaintiff Tri-Dam ("Tri-Dam") and defendants Aaron Matityahu ("Aaron") and Nadine Matityahu ("Nadine"), by and through their respective counsel of record, hereby submit the following Stipulation and Proposed Order Regarding the Deadline to File Notice of Dismissal.

**RECITALS**

　　　　1.　　This action commenced on September 6, 2011.  On August 30, 2012, Tri-Dam filed its Second Amended Complaint, which is the operative pleading.

　　　　2.　　The Court held a scheduling conference on December 15, 2011, and entered its initial Scheduling Order on December 19, 2011, providing, among other things, for a March 5, 2013 trial date.

1        3.      On December 21, 2011, this case was reassigned to U.S. District Judge Anthony
2 W. Ishii and U.S. Magistrate Judge Sandra M. Snyder.
3        4.      On July 18, 2012, based on the parties' stipulation, the Court continued the non-
4 expert discovery and the non-dispositive motion filing deadlines.
5        5.      On August 30, 2012, based on the parties' stipulation, the Court permitted Tri-
6 Dam to file a Second Amended Complaint adding Eldad Matityahu ("Eldad") and Charlotte
7 Matityahu ("Charlotte") as defendants.
8        6.      On October 25, 2012, based on the parties' stipulation, the Court continued the
9 deadline to file dispositive pre-trial motions.
10       7.      On November 6, 2012, the parties filed a Notice of Conditional Settlement and
11 Joint Status Report and appeared at a Further Scheduling Conference where they informed the
12 Court that they reached a conditional settlement.
13       8.      On November 6, 2012, the Court issued a Minute Order vacating the trial date and
14 all other scheduling deadlines and set November 30, 2012 as the deadline to file a Notice of
15 Dismissal.
16       9.      The parties have not yet finalized a settlement agreement but believe they may be
17 able to do so by the end of the year.  Accordingly, Tri-Dam, Aaron and Nadine believe good
18 cause exists for a continuance of the November 30, 2012, deadline to file a Notice of Dismissal to
19 December 28, 2012.
20 / / /
21 / / /
22 / / /

**STIPULATION**

Based on the foregoing recitals, Tri-Dam, Aaron and Nadine hereby STIPULATE that:

1. The deadline to file a Notice of Dismissal is continued from November 30, 2012 to December 28, 2012.

2. This continuance of the deadline to file a Notice of Dismissal will not affect any other deadlines in this action.

3. All remaining dates and deadlines as set by the Court's November 6, 2012 Minute Order are otherwise unaffected by this Stipulation and Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 3, 2012                    DOWNEY BRAND LLP


                                           By:    */s/ Thomas E. Marrs*
                                                  THOMAS E. MARRS
                                                  Attorney for Plaintiff
                                                  TRI-DAM

DATED: December 3, 2012


                                           By:    */s/ Kenneth Foley (as authorized on 12/2/12)*
                                                  KENNETH FOLEY
                                                  Attorney for Defendants
                                                  AARON MATITYAHU and NADINE
                                                  MATITYAHU

**ORDER**

This matter came before the Court on the Stipulation and Proposed Order Regarding the Deadline to File Notice of Dismissal. For the reasons stated in the Stipulation and for good cause showing, the Court ADOPTS the Stipulation and GRANTS the relief requested therein.

Accordingly, IT IS HEREBY ORDERED THAT the deadline to file Notice of Dismissal is now **December 28, 2012**. All remaining dates and deadlines as set by the Court's November 6, 2012 Minute Order remain as set and are otherwise unaffected by this Order.

IT IS SO ORDERED.

DATED:  12/3/2012

/s/ SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE