1  DOWNEY BRAND LLP
   KEVIN M. SEIBERT (Bar No. 119356)
2  THOMAS E. MARRS (Bar No. 252485)
   621 Capitol Mall, 18th Floor
3  Sacramento, CA  95814
   Telephone:     (916) 444-1000
4  Facsimile:     (916) 444-2100
   kseibert@downeybrand.com
5  tmarrs@downeybrand.com

6  Attorneys for Plaintiff
   TRI-DAM

7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10                  FRESNO DIVISION

11

12  TRI-DAM,                          Case No.  1:11-CV-01512-AWI-SMS

13           Plaintiff,               **STIPULATION AND ORDER
                                      REGARDING THE DEADLINE TO FILE
14      v.                            NOTICE OF DISMISSAL**

15  AARON MATITYAHU, NADINE
    MATITYAHU, ELDAD MATITYAHU
16  and CHARLOTTE MATITYAHU,

17           Defendants.

18

19      Plaintiff Tri-Dam ("Tri-Dam") and defendants Aaron Matityahu ("Aaron") and Nadine

20  Matityahu ("Nadine"), by and through their respective counsel of record, hereby submit the

21  following Stipulation and Proposed Order Regarding the Deadline to File Notice of Dismissal.

22                      **RECITALS**

23      1.     This action commenced on September 6, 2011.  On August 30, 2012, Tri-Dam

24  filed its Second Amended Complaint, which is the operative pleading.

25      2.     The Court held a scheduling conference on December 15, 2011, and entered its

26  initial Scheduling Order on December 19, 2011, providing, among other things, for a March 5,

27  2013 trial date.

28

   1295171.1                          1
   STIPULATION AND [PROPOSED] ORDER RE: DEADLINE TO FILE NOTICE OF DISMISSAL

1

2

3   3.      On December 21, 2011, this case was reassigned to U.S. District Judge Anthony

W. Ishii and U.S. Magistrate Judge Sandra M. Snyder.

4   4.      On July 18, 2012, based on the parties' stipulation, the Court continued the non-

expert discovery and the non-dispositive motion filing deadlines.

5   5.      On August 30, 2012, based on the parties' stipulation, the Court permitted Tri-

6   Dam to file a Second Amended Complaint adding Eldad Matityahu ("Eldad") and Charlotte

7   Matityahu ("Charlotte") as defendants.

8   6.      On October 25, 2012, based on the parties' stipulation, the Court continued the

9   deadline to file dispositive pre-trial motions.

10   7.      On November 6, 2012, the parties filed a Notice of Conditional Settlement and

11   Joint Status Report and appeared at a Further Scheduling Conference where they informed the

12   Court that they reached a conditional settlement.

13   8.      On November 6, 2012, the Court issued a Minute Order vacating the trial date and

14   all other scheduling deadlines and set November 30, 2012 as the deadline to file a Notice of

15   Dismissal and a Further Scheduling Conference on February 19, 2013.

16   9.      On December 3, 2012, based on the parties' stipulation, the Court continued the

17   deadline to file a Notice of Dismissal to December 28, 2012.

18   10.     The parties are still in the process of finalizing a settlement agreement.

19   Accordingly, Tri-Dam, Aaron and Nadine believe good cause exists for a continuance of the

20   December 28, 2012, deadline to file a Notice of Dismissal to January 25, 2013.

21   / / /

22   / / /

23   / / /

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: DEADLINE TO FILE NOTICE OF DISMISSAL

1

2
## STIPULATION

3

Based on the foregoing recitals, Tri-Dam, Aaron and Nadine hereby STIPULATE that:

4

1.    The deadline to file a Notice of Dismissal is continued from December 28, 2012

5
to January 25, 2013.

6

2.    This continuance of the deadline to file a Notice of Dismissal will not affect any

7
other deadlines in this action.

8

3.    All remaining dates and deadlines as set by the Court's November 6, 2012 Minute

9
Order are otherwise unaffected by this Stipulation and Proposed Order.

10
IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

11

12
DATED:  December 28, 2012          DOWNEY BRAND LLP

13

14
By:_____*/s/ Thomas E. Marrs*_____

15
THOMAS E. MARRS
Attorney for Plaintiff
TRI-DAM

16

17
DATED:  December 28, 2012

18
By:___*/s/ Kenneth Foley (as authorized on 12/28/12)*___

19
KENNETH FOLEY
Attorney for Defendants
AARON MATITYAHU and NADINE

20
MATITYAHU

21

22

23

24

25

26

27

28

1295171.1                                3

STIPULATION AND [PROPOSED] ORDER RE: DEADLINE TO FILE NOTICE OF DISMISSAL

**ORDER**

This matter came before the Court on the Stipulation and Proposed Order Regarding the Deadline to File Notice of Dismissal.  For the reasons stated in the Stipulation and for good cause showing, the Court ADOPTS the Stipulation and GRANTS the relief requested therein.

Accordingly, IT IS HEREBY ORDERED THAT the deadline to file Notice of Dismissal is now **January 25, 2013**.  All remaining dates and deadlines as set by the Court's November 6, 2012 Minute Order remain as set and are otherwise unaffected by this Order.

IT IS SO ORDERED.

Dated:   January 2, 2013                    _____

UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE: DEADLINE TO FILE NOTICE OF DISMISSAL