DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
THOMAS E. MARRS (Bar No. 252485)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814
Telephone:    (916) 444-1000
Facsimile:     (916) 444-2100
kseibert@downeybrand.com
tmarrs@downeybrand.com

Attorneys for Plaintiff
TRI-DAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TRI-DAM,<br><br>             Plaintiff,<br><br>      v.<br><br>AARON MATITYAHU, NADINE MATITYAHU, ELDAD MATITYAHU and CHARLOTTE MATITYAHU,<br><br>             Defendants. | Case No.  1:11-CV-01512-AWI-SMS<br><br>**STIPULATION AND ORDER REGARDING THE DEADLINE TO FILE NOTICE OF DISMISSAL AND MANDATORY SCHEDULING CONFERENCE** |

Plaintiff Tri-Dam ("Tri-Dam") and defendants Aaron Matityahu ("Aaron") and Nadine Matityahu ("Nadine"), by and through their respective counsel of record, hereby submit the following Stipulation and Proposed Order Regarding the Deadline to File Notice of Dismissal and Mandatory Scheduling Conference.

**RECITALS**

1.    This action commenced on September 6, 2011.  On August 30, 2012, Tri-Dam filed its Second Amended Complaint, which is the operative pleading.

2.    The Court held a scheduling conference on December 15, 2011, and entered its initial Scheduling Order on December 19, 2011, providing, among other things, for a March 5,

2013 trial date.

3. On December 21, 2011, this case was reassigned to U.S. District Judge Anthony W. Ishii and U.S. Magistrate Judge Sandra M. Snyder.

4. On July 18, 2012, based on the parties' stipulation, the Court continued the non-expert discovery and the non-dispositive motion filing deadlines.

5. On August 30, 2012, based on the parties' stipulation, the Court permitted Tri-Dam to file a Second Amended Complaint adding Eldad Matityahu ("Eldad") and Charlotte Matityahu ("Charlotte") as defendants.

6. On October 25, 2012, based on the parties' stipulation, the Court continued the deadline to file dispositive pre-trial motions.

7. On November 6, 2012, the parties filed a Notice of Conditional Settlement and Joint Status Report and appeared at a Further Scheduling Conference where they informed the Court that they reached a conditional settlement.

8. On November 6, 2012, the Court issued a Minute Order vacating the trial date and all other scheduling deadlines. The Court set November 30, 2012 as the deadline to file a Notice of Dismissal and set a Mandatory Scheduling Conference on February 19, 2013.

9. On December 3, 2012, based on the parties' stipulation, the Court continued the deadline to file a Notice of Dismissal to December 28, 2012. On January 2, 2013, based on the parties' stipulation, the Court continued the deadline to file a Notice of Dismissal to January 25, 2013.

10. All parties recently executed a conditional settlement agreement, a copy of which is attached hereto as **Exhibit A**. The settlement is conditioned on the approval by third party agencies, such as the United States Army Corps of Engineers, California Department of Fish and Game, Regional Water Quality Control Board, and Calaveras County, of defendants' applications to remove shoreline improvements on Tulloch Reservoir. The settlement agreement provides that if approval is not obtained by those agencies, or the parties fail to abide by the settlement agreement, any party may request that the Court reset the case for trial. The settlement agreement

further provides that defendants will remove all of the existing shoreline improvements on or before March 10, 2013. Tri-Dam will dismiss this action following the complete removal of defendants' existing shoreline improvements, and installation of one new dock, pursuant to the approved plans and permits. The removal of defendants' shoreline improvements and installation of one dock have not yet occurred. Accordingly, Tri-Dam, Aaron and Nadine believe good cause exists for a continuance of the January 25, 2013, deadline to file a Notice of Dismissal to March 27, 2013. Tri-Dam, Aaron and Nadine also believe good cause exists to continue the February 19, 2013 Mandatory Scheduling Conference to April 2013.

## **STIPULATION**

Based on the foregoing recitals, Tri-Dam, Aaron and Nadine hereby STIPULATE that:

1. The deadline to file a Notice of Dismissal is continued from January 25, 2013 to March 27, 2013.

2. The February 19, 2013 Mandatory Scheduling Conference should be continued to April 16, 2013 at 10:00 a.m. in Courtroom #1.

3. The continuance of the deadline to file a Notice of Dismissal and the Mandatory Scheduling Conference will not affect any other deadlines in this action.

4. All remaining dates and deadlines as set by the Court's November 6, 2012 Minute Order are otherwise unaffected by this Stipulation and Proposed Order

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

1  DATED:  January 25, 2013                    DOWNEY BRAND LLP

2
                                               By:         */s/ Thomas E. Marrs*
3                                                      THOMAS E. MARRS
                                                       Attorney for Plaintiff
4                                                            TRI-DAM

5
   DATED:  January 25, 2013
6                                              By:  */s/ Kenneth Foley (as authorized on 1/24/2013)*
                                                       KENNETH FOLEY
7                                                      Attorney for Defendants
                                                   AARON MATITYAHU and NADINE
8                                                          MATITYAHU

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1298824.1                                      4

STIPULATION AND [PROPOSED] ORDER RE: DEADLINE TO FILE NOTICE OF DISMISSAL

**[PROPOSED] ORDER**

This matter came before the Court on the Stipulation and Proposed Order Regarding the Deadline to File Notice of Dismissal and Mandatory Scheduling Conference.  For the reasons stated in the Stipulation and for good cause showing, the Court ADOPTS the Stipulation and GRANTS the relief requested therein.

Accordingly, IT IS HEREBY ORDERED THAT the deadline to file Notice of Dismissal is now **March 27, 2013**.  The Mandatory Scheduling Conference is continued to **April 16, 2013**. **at 10:00 a.m**. All remaining dates and deadlines as set by the Court's November 6, 2012 Minute Order remain as set and are otherwise unaffected by this Order.

IT IS SO ORDERED.

Dated:   January 25, 2013

_____
SENIOR DISTRICT JUDGE