DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
THOMAS E. MARRS (Bar No. 252485)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
kseibert@downeybrand.com
tmarrs@downeybrand.com

Attorneys for Plaintiff
TRI-DAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TRI-DAM,<br><br>        Plaintiff,<br><br>v.<br><br>AARON MATITYAHU, NADINE MATITYAHU, ELDAD MATITYAHU and CHARLOTTE MATITYAHU,<br><br>        Defendants. | Case No.  1:11-CV-01512-AWI-SMS<br><br>**STIPULATION AND ORDER OF DISMISSAL PURSUANT TO SETTLEMENT AGREEMENT** |

Plaintiff Tri-Dam ("Tri-Dam") and defendants Aaron Matityahu ("Aaron"), Nadine Matityahu ("Nadine"), Eldad Matityahu ("Eldad") and Charlotte Matityahu ("Charlotte"), ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit the following Stipulation of Dismissal Pursuant to Settlement Agreement.

**<u>RECITALS</u>**

1. This action commenced on September 6, 2011, with the filing of Plaintiff's Complaint.

2. The Parties subsequently entered into the settlement agreement attached hereto as Exhibit A ("Settlement Agreement").

3.      Pursuant to paragraph 20 of the Settlement Agreement, the Parties agree that the Court shall retain jurisdiction to enforce the Settlement Agreement.

## **STIPULATION**

Based on the foregoing recitals, the Parties, by and through their counsel, hereby STIPULATE that:

1.      This action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, subject to the terms and conditions of the Settlement Agreement.

2.      The Court shall retain jurisdiction to enforce the Settlement Agreement.

IT IS SO STIPULATED

DATED: March 27, 2013            DOWNEY BRAND LLP


By:      */s/ Thomas E. Marrs*
           THOMAS E. MARRS
           Attorney for Plaintiff
           TRI-DAM

DATED: March 27, 2013

By:     */s/ Kenneth Foley (as authorized on 3/27/13)*
          KENNETH FOLEY
          Attorney for Defendants
          AARON MATITYAHU, NADINE
          MATITYAHU, ELDAD MATITYAHU and
          CHARLOTTE MATITYAHU

## **ORDER**

IT IS SO ORDERED.

Dated:  March 27, 2013                    _____
                                                            SENIOR DISTRICT JUDGE

1293857.2                                             2

STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT AGREEMENT